■ FRANCES SCHMERTZ, Respondent, v. MARTIN FRIEDLANDER et al., Appellants, et al., Defendant.—

Concur— Stevens, P. J., Capozzoli, McGivern, Markewich and Kupferman, JJ.